# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133929(21)(24)(25)

In re:

The Honorable
BEVERLEY NETTLES-NICKERSON,
Judge, 30th Circuit Court

SC: 133929
JTC: Formal Complaint
No. 81

_____/

On order of the Chief Justice, the motions by the Association of Black Judges of Michigan, the Michigan Civil Rights Commission and the Wolverine Bar Association for leave to file briefs *amicus curiae* are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2008

_____
Clerk

d0613